Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1. Debtor's name**

**VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**

8 7 – 4 7 0 9 7 4 7

---

**4. Debtor's address**

**Principal place of business**

**6587 Las Vegas Blvd S Unit 171**
Number      Street

**Las Vegas, NV 89119-3234**
City                          State      ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

**Nevada Bankruptcy Attorneys**

**5940 S Rainbow Blvd Ste 400 Pmb 99721**
Number      Street

**Las Vegas, NV 89118-2507**
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                          State      ZIP Code

---

**5. Debtor's website (URL)**

**https://velocityesports.com/**

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                    Case number *(if known)* _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__7__  __1__  __3__  __9__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.    **VELOCITY ESPORTS CHICAGO**    Relationship **Affiliate**

Debtor **SCHAUMBURG, LLC**

District **District of Nevada**    When _____
MM / DD / YYYY

Case number, if known _____

Debtor     **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**     Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br><br>**Where is the property?** _____<br>     Number      Street<br><br>_____<br>     City      State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

## ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Case number *(if known)*

Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/08/2025**
            MM/ DD/ YYYY

**X    /s/ Philip Kaplan**                                    **Philip Kaplan**

Signature of authorized representative of debtor              Printed name

Title    **Director of Velocity Esports, Inc.**

**18. Signature of attorney**

**X            /s/ Brenden Gougeon**            Date **05/08/2025**

Signature of attorney for debtor                         MM/ DD/ YYYY

**Brenden Gougeon**
Printed name

**Nevada Bankruptcy Attorneys, LLC**
Firm name

**5502 S Fort Apache Rd Ste 200**
Number        Street

**Las Vegas**                    **NV**        **89148-7683**
City                        State        ZIP Code

                                    **bgougeon@nvbankruptcyattorneys.com**
Contact phone                                Email address

**16874**                            **NV**
Bar number                        State

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                          Case number *(if known)* _____
     Name

## Additional Page

10. Continued

|  |  |  |  |
|---|---|---|---|
| Debtor | **VELOCITY ESPORTS NEWPORT KENTUCKY, LLC** | Relationship | **Affiliate** |
| District | **District of Nevada** | When | _____ |
|  |  |  | MM / DD / YYYY |
| Case number, if known | _____ |  |  |
| Debtor | **VELOCITY ESPORTS, INC.** | Relationship | **Parent Company** |
| District | **District of Nevada** | When | _____ |
|  |  |  | MM / DD / YYYY |
| Case number, if known | _____ |  |  |
| Debtor | **VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC** | Relationship | **Affiliate** |
| District | **District of Nevada** | When | _____ |
|  |  |  | MM / DD / YYYY |
| Case number, if known | _____ |  |  |

Fill in this information to identify the case:

Debtor Name **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

United States Bankruptcy Court for the: District of **Nevada**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JPMorgan Chase Bank, N.A.** | **Checking account** | **3 5 8 0** | **$11,155.00** |
| 3.2. | **JPMorgan Chase Bank, N.A.** | **Checking account** | **5 3 3 0** | **$145.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | **$11,300.00** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**          Case number *(if known)* _____
          Name

---

7.2 _____                    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____                     _____

   8.2 _____                     _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                    | _____ |

---

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =..... ➜          _____
                               face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ - _____ =..... ➜          _____
                               face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     | _____ |

---

| Part 4: | Investments |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____   _____   _____

    14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1. _____   _____   _____   _____

    15.2. _____   _____   _____   _____

---

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**     Case number *(if known)* _____
         Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____     _____   _____

   16.2 _____     _____   _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                                    [ _____ ]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| **Food** | **03/30/2025** MM / DD / YYYY | **$11,078.24** | _____ | **$11,078.24** |
| **Bar and Liquor** | **03/30/2025** MM / DD / YYYY | **$16,699.15** | _____ | **$16,699.15** |
| **Redemption** | **03/30/2025** MM / DD / YYYY | **$41,408.35** | _____ | **$41,408.35** |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.                                    [ **$69,185.74** ]

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No
   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☑ Yes.  Book value  **$16,699.15**  Valuation method _____  Current value  **$16,699.15**

            Book value  **$41,408.35**  Valuation method _____  Current value  **$41,408.35**

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____

Name

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____
      Name

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.
  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **Cougar Premium Gaming Chair** | **$2,392.48** | **Purchase FMV with Standard Line Depreciation** | **$2,392.48** |
| **Cougar Premium Gaming Chair** | **$1,352.97** | **Purchase FMV with Standard Line Depreciation** | **$1,352.97** |
| **(39) Cougar Premium Gaming Chair** | **$19,194.71** | **Purchase FMV with Standard Line Depreciation** | **$19,194.71** |
| **Cougar Premium Gaming Chair** | **$3,876.42** | **Purchase FMV with Standard Line Depreciation** | **$3,876.42** |
| **Cougar Premium Gaming Chair** | **$4,979.74** | **Purchase FMV with Standard Line Depreciation** | **$4,979.74** |
| **HERCULES Diplomat Series LeatherSoft Loveseat** | **$2,245.64** | **Purchase FMV with Standard Line Depreciation** | **$2,245.64** |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Audio/Visual Equipment** | **$5,629.32** | **Purchase FMV with Standard Line Depreciation** | **$5,629.32** |
| **Agility AVL** | **$1,678.04** | **Purchase FMV with Standard Line Depreciation** | **$1,678.04** |
| **Main AV Equipment - Per personal, installation labor & management** | **$12,224.26** | **Purchase FMV with Standard Line Depreciation** | **$12,224.26** |
| **Xbox One Security Case** | **$358.90** | **Purchase FMV with Standard Line Depreciation** | **$358.90** |
| **Equipment & Computer Gaming** | **$264.99** | **10% of Original Purchase Price** | **$264.99** |

---

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____
            Name

| | | | |
|---|---|---|---|
| Equipment & Computer Gaming | $2,526.00 | Purchase FMV with Standard Line Depreciation | $2,526.00 |
| All About Timing | $127.70 | 10% of Original Purchase Price | $127.70 |
| (2) Allied Tank Attack | $212.80 | 10% of Original Purchase Price | $212.80 |
| (2) Alpine Racer 2 | $79.80 | 10% of Original Purchase Price | $79.80 |
| Angry Birds Arcade | $106.20 | 10% of Original Purchase Price | $106.20 |
| Barrel of Monkeys | $66.50 | 10% of Original Purchase Price | $66.50 |
| (2) Bejewled | $263.40 | 10% of Original Purchase Price | $131.70 |
| Big Bass Wheel | $239.30 | 10% of Original Purchase Price | $239.30 |
| Big Buck World | $58.50 | 10% of Original Purchase Price | $58.50 |
| Black Hole | $63.10 | 10% of Original Purchase Price | $31.55 |
| (3) Crane UFO Catcher | $147.60 | 10% of Original Purchase Price | $147.60 |
| Crossy Road | $66.50 | 10% of Original Purchase Price | $66.50 |
| Dark Escape 4D | $239.30 | 10% of Original Purchase Price | $239.30 |
| DDR Super Nova 2 | $239.40 | 10% of Original Purchase Price | $239.40 |
| (2) Dead Heat | $276.40 | 10% of Original Purchase Price | $138.20 |
| Dead Storm Pirates | $159.50 | 10% of Original Purchase Price | $159.50 |
| (2) Deal or No Deal | $212.60 | 10% of Original Purchase Price | $212.60 |
| Dizzy Chicken | $239.30 | 10% of Original Purchase Price | $239.30 |
| Donkey Kong Jr. | $31.87 | 10% of Original Purchase Price | $15.94 |
| (2) Fast & the Furious | $207.60 | 10% of Original Purchase Price | $207.60 |
| (2) FishBowl Frenzy | $265.80 | 10% of Original Purchase Price | $265.80 |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| Frogger | $87.70 | 10% of Original Purchase Price | $87.70 |
| Fruit Ninja 2X | $31.90 | 10% of Original Purchase Price | $31.90 |
| (2) H2 Overdrive | $98.40 | 10% of Original Purchase Price | $98.40 |
| House of the Dead 4 | $106.30 | 10% of Original Purchase Price | $106.30 |
| (2) ICE Ball FX | $124.80 | 10% of Original Purchase Price | $124.80 |
| King of Rings Jumbo | $153.80 | 10% of Original Purchase Price | $153.80 |
| Kung Fu Panda | $162.80 | 10% of Original Purchase Price | $162.80 |
| Mach Storm | $183.40 | 10% of Original Purchase Price | $183.40 |
| Marvel vs Capcom | $29.30 | 10% of Original Purchase Price | $29.30 |
| Mega Stacker | $95.60 | 10% of Original Purchase Price | $95.60 |
| (2) Monster Drop X-treme | $85.00 | 10% of Original Purchase Price | $85.00 |
| Pac Man Battle Royale | $143.50 | 10% of Original Purchase Price | $143.50 |
| Pinball Game of Thrones | $42.50 | 10% of Original Purchase Price | $42.50 |
| Pinball Ghost Busters | $42.50 | 10% of Original Purchase Price | $42.50 |
| Pinball Kiss | $37.20 | 10% of Original Purchase Price | $37.20 |
| Plants vs Zombies | $33.30 | 10% of Original Purchase Price | $33.30 |
| Plush Bus Crane | $69.00 | 10% of Original Purchase Price | $69.00 |
| Pump It Up Prime | $186.10 | 10% of Original Purchase Price | $186.10 |
| Quik Drop | $74.30 | 10% of Original Purchase Price | $74.30 |
| Razing Storm | $103.60 | 10% of Original Purchase Price | $103.60 |
| Road Trip | $130.40 | 10% of Original Purchase Price | $130.40 |
| (2) SACOA Kiosk | $211.40 | 10% of Original Purchase Price | $211.40 |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| Slam A Winner | $74.40 | 10% of Original Purchase Price | $74.40 |
| Slam A Winner Extreme | $132.90 | 10% of Original Purchase Price | $132.90 |
| (2) SnoCross | $292.60 | 10% of Original Purchase Price | $292.60 |
| (2) Speed Demon | $40.00 | 10% of Original Purchase Price | $40.00 |
| Spin & Win | $42.60 | 10% of Original Purchase Price | $42.60 |
| (2) Stacker Giant | $175.40 | 10% of Original Purchase Price | $175.40 |
| Street Fighter 4 | $116.40 | 10% of Original Purchase Price | $116.40 |
| (4) Super Bikes 2 | $851.20 | 10% of Original Purchase Price | $851.20 |
| Target Bravo | $121.00 | 10% of Original Purchase Price | $121.00 |
| Tekken 5 | $77.00 | 10% of Original Purchase Price | $77.00 |
| Terminator Salvation SD | $132.90 | 10% of Original Purchase Price | $132.90 |
| Toy Soldier | $66.40 | 10% of Original Purchase Price | $66.40 |
| Transformers | $199.40 | 10% of Original Purchase Price | $199.40 |
| Wheel Of Fortune | $132.90 | 10% of Original Purchase Price | $66.45 |
| Winner's Cube | $42.60 | 10% of Original Purchase Price | $42.60 |
| 8- 50 inch TVs for Bowling monitors | $1,487.77 | Purchase FMV with Standard Line Depreciation | $1,487.77 |
| Operations Equipment | $2,730.00 | Purchase FMV with Standard Line Depreciation | $2,730.00 |
| Operations Equipment | $1,595.00 | Purchase FMV with Standard Line Depreciation | $1,595.00 |
| Operations Equipment | $72.36 | Purchase FMV with Standard Line Depreciation | $72.36 |
| Operations Equipment | ($1,207.95) | | unknown |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____
Name

| | | **Purchase FMV with Standard Line Depreciation** | |
|---|---|---|---|
| **Audio/Visual Equipment** | $357.66 | | $357.66 |
| **F/A-Kitchen/Bar Equipment** | $13,424.32 | **Purchase FMV with Standard Line Depreciation** | $13,424.32 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.     | $84,040.42 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | | |
| 47.2 _____ | | | |
| 47.3 _____ | | | |
| 47.4 _____ | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | | | |
| 48.2 _____ | | | |
| 49. **Aircraft and accessories** | | | |

Debtor     **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                Case number *(if known)* _____
                 Name

| 49.1 | | | | |
|---|---|---|---|---|
| 49.2 | | | | |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**     Real property

54.  **Does the debtor own or lease any real property?**
     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56.  **Total of Part 9**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 10:**     Intangibles and intellectual property

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____
          Name

---

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| 62.  **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64.  **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65.  **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                       [_____]

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:**    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

---

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)* _____
Name

---

71.    **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔    _____
                                                    Total face amount        doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.    **Interests in insurance policies or annuities**

_____    _____

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Nature of claim    _____

Amount requested    _____    _____

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Nature of claim    _____

Amount requested    _____

76.    **Trusts, equitable or future interests in property**

_____    _____

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

78.    **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $11,300.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $69,185.74 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $84,040.42 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $164,526.16 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................... | | $164,526.16 |

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

United States Bankruptcy Court for the: District of **Nevada**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Creditor's name**

**NewTek SBA Loan**

**Describe debtor's property that is subject to a lien**

**$2,476,815.00** | **unknown**

**Creditor's mailing address**

**4800 T Rex Ave**

**Boca Raton, FL 33431-4479**

**Describe the lien**

**SBA Loan**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$2,914,114.22**

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**          Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** Creditor's name

SRMF Town Square, LLC

**Describe debtor's property that is subject to a lien**

_____

_____

_____

Amount of claim: **$437,299.22**     Value of collateral: **unknown**

**Creditor's mailing address**

c/o Fairbourne Properties, LLC

200 S Michigan Ave Ste 400

Chicago, IL 60604-2411

**Describe the lien**

Commercial Rental Lease

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    06/30/2022

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**            Case number (if known) _____

Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SRMF Town Square Owner**<br><br>**c/o Fairbourne Properties, LLC**<br>**Attn Property Manager**<br><br>**6605 Las Vegas Blvd S Unit 201**<br><br>**Las Vegas, NV 89119-3241** | Line 2. __2__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**
　　　　　 Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**
_____
Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.2** **Nonpriority creditor's name and mailing address**

**BreakThru Beverage Group**

**Attn Breakthru Beverage Nevada**

**3333 S Laramie Ave**

**Cicero, IL 60804-4520**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Liquor Distributor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,917.27

---

**3.7** **Nonpriority creditor's name and mailing address**

**Fortune 5 Capital, LLC**

**3045 S Archibald Ave # H-507**

**Ontario, CA 91761-9001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equipment Leasing**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,656.62

---

**3.11** **Nonpriority creditor's name and mailing address**

**Johnson Brothers of NV**

**4701 Mitchell St**

**N Las Vegas, NV 89081-2728**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Liquor Distributor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$811.10

---

**3.12** **Nonpriority creditor's name and mailing address**

**Las Vegas Safety**

**6405 Pine St #170**

**Las Vegas, NV 89120-0012**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Restaurant Safety Products and Supplies Distributor**

**Is the claim subject to offset?**
☑ No
☐ Yes

$912.52

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $996.81 |
|---|---|---|---|

**Southwest Gas Corporation**

**Attn: Bankruptcy Desk**

**Po Box 1498**

**Victorville, CA 92393-1498**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility Provider**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,818.11 |
|---|---|---|---|

**Sysco Food Services - Las Vegas**

**6201 E Centennial Pkwy**

**Las Vegas, NV 89115-1775**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Food Product Supplier**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name

Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $18,112.43 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $18,112.43 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>**District of Nevada**</td></tr>
<tr><td colspan="2">Case number (if known): _____    Chapter __11__</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

  ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

  ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Bowling Scoring Software Lease** **Contract to be ASSUMED** <br> State the term remaining: **0 months** <br> List the contract number of any government contract: | **Fortune 5 Capital, LLC** <br> **3045 S Archibald Ave # H-507** <br> **Ontario, CA 91761-9001** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **Printer and Copier Leasing** **Contract to be ASSUMED** <br> State the term remaining: **0 months** <br> List the contract number of any government contract: | **Las Vegas Copiers, Inc.** <br> **3170 Polaris Ave Ste 20** <br> **Las Vegas, NV 89102-8321** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Internet Service Provider** **Contract to be ASSUMED** <br> State the term remaining: **0 months** <br> List the contract number of any government contract: | **Lumen** <br> **100 Centurylink Dr** <br> **Monroe, LA 71203-2041** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **Jukebox/Music Services Provider** **Contract to be ASSUMED** <br> State the term remaining: **0 months** <br> List the contract number of any government contract: | **Rockbot, Inc.** <br> **1625 Clay St** <br> **Oakland, CA 94612-1562** |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name

Case number *(if known)*

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Rent Agreement | SRMF Town Square Owner LLC |
|---|---|---|---|
| | | Contract to be ASSUMED | c/o Fairbourne Properties, LLC Attn George Manojlovic |
| | State the term remaining | 6 months | 200 S Michigan Ave Ste 400 |
| | List the contract number of any government contract | | Chicago, IL 60604-2411 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC** |
| United States Bankruptcy Court for the: District of | **Nevada** |
| | (State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,
*Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | *Check all schedules that apply:* |
| **2.1** **4940 West Ponderosa, LLC** | **2443 Fillmore St Pmb 289** <br> Street <br><br> **San Francisco, CA 94115-1814** <br> City        State        ZIP Code | **NewTek SBA Loan** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2** **4958 West Ponderosa I, LLC** | **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City        State        ZIP Code | **NewTek SBA Loan** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.3** **4958 West Ponderosa II, LLC** | **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City        State        ZIP Code | **NewTek SBA Loan** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.4** **745 Quaking Aspen, LLC** | **2443 Fillmore St Pmb 289** <br> Street <br><br> **San Francisco, CA 94115-1814** <br> City        State        ZIP Code | **NewTek SBA Loan** | ☑ D <br> ☐ E/F <br> ☐ G |

---

| Debtor | **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC** | | Case number (if known) | |
| | Name | | | |

| ░░░░░░ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | **Leonard Wanger** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City          State          ZIP Code | **SRMF Town Square, LLC**<br><br>**NewTek SBA Loan** | ☑ D<br>☐ E/F<br>☐ G<br><br>☑ D<br>☐ E/F<br>☐ G |
| 2.6 | **Philip N Kaplan** | **2443 Fillmore St #289**<br>Street<br><br>**San Francisco, CA 94115-1814**<br>City          State          ZIP Code | **SRMF Town Square, LLC**<br><br>**NewTek SBA Loan** | ☑ D<br>☐ E/F<br>☐ G<br><br>☑ D<br>☐ E/F<br>☐ G |
| 2.7 | **Philip N. Kaplan Sep. Prop. Trust dtd 6/27/2011** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City          State          ZIP Code | **NewTek SBA Loan** | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | **The LRW Revocable Trust, dated 3/9/2012** | **3838 N Kenneth Ave**<br>Street<br><br>**Chicago, IL 60641-2814**<br>City          State          ZIP Code | **NewTek SBA Loan** | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | **Velocity Esports Chicago Schaumburg, LLC** | **6587 Las Vegas Blvd S Unit 171**<br>Street<br><br>**Las Vegas, NV 89119-3234**<br>City          State          ZIP Code | **NewTek SBA Loan** | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | **VELOCITY ESPORTS NEWPORT KENTUCKY II, LLC** | **1 Levee Way Ste 2130**<br>Street<br><br>**Newport, KY 41071-1658**<br>City          State          ZIP Code | **NewTek SBA Loan** | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**          Case number (if known) _____
              Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.11 | **VELOCITY ESPORTS NEWPORT KENTUCKY, LLC** | **1 Levee Way Ste 2130** <br> Street <br><br> **Newport, KY 41071-1658** <br> City          State          ZIP Code | **NewTek SBA Loan** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.12 | **VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC** | **6587 Las Vegas Blvd S Unit 171** <br> Street <br><br> **Las Vegas, NV 89119-3234** <br> City          State          ZIP Code | **NewTek SBA Loan** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.13 | **Velocity Esports, Inc.** | **3838 N Kenneth Ave** <br> Street <br><br> **Chicago, IL 60641-2814** <br> City          State          ZIP Code | **SRMF Town Square, LLC** <br><br> **NewTek SBA Loan** | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.14 | _____ | Street <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.15 | _____ | Street <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................

   $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*...............................................................................................

   $164,526.16

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................................

   $164,526.16

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $2,914,114.22

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   + $18,112.43

4. **Total liabilities**..................................................................................................................

   $2,932,226.65

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $666,710.00 |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,411,001.00 |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,663,044.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor  **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC** _____
     Name                                      Case number _(if known)_ _____

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|
| 3.1.  **BreakThru Beverage NV** <br>     Creditor's name <br><br>     Street <br><br>     City    State   ZIP Code | **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **02/08/2025** <br> **03/08/2025** <br> **03/08/2025** <br> **03/08/2025** <br> **03/08/2025** <br> **03/08/2025** <br> **03/08/2025** <br> **03/08/2025** <br> **03/08/2025** <br> **03/08/2025** | **$9,125.95** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                                         Case number *(if known)*

     Name

| | | | |
|---|---|---|---|
| 3.2. | **Sysco Food Services - Las Vegas** | **01/30/2025** | **$46,662.97** |
| | Creditor's name | **02/07/2025** | |
| | Street | **02/08/2025** | |
| | | **02/11/2025** | |
| | City          State    ZIP Code | **02/12/2025** | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**02/14/2025**

**02/21/22025**

**02/22/2025**

**02/28/2025**

**03/07/2025**

**03/12/2025**

**03/14/2025**

**03/21/2025**

**03/24/2025**

**03/25/2025**

**03/28/2025**

| | | | |
|---|---|---|---|
| 3.3. | **US Foods** | **01/31/2025** | **$17,594.82** |
| | Creditor's name | **02/05/2025** | |
| | Street | **02/11/2025** | |
| | | **02/18/2025** | |
| | City          State    ZIP Code | **02/26/2025** | |

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

**03/03/2025**

**03/18/2025**

**03/24/2025**

**03/26/2025**

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name    Case number *(if known)*

4.1.

Creditor's name

Street

City                State    ZIP Code

| Relationship to debtor |
| --- |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

5.1.

Creditor's name

Street

City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

6.1.

Creditor's name

XXXX–__ __ __ __

Street

City                State    ZIP Code

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                    Case number *(if known)* _____

Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | _____ | _____ | Name _____ | ☐ Pending |
| | | | Street _____ | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | _____ | | City        State    ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|-----------------------------|-------|
| | Custodian's name _____ | **Case title** _____ | **Court name and address** |
| | Street _____ | **Case number** _____ | Name _____ |
| | City        State    ZIP Code | **Date of order or assignment** _____ | Street _____ |
| | | | City        State    ZIP Code |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name _____ | _____ | _____ | _____ |
| | Street _____ | | | |
| | City        State    ZIP Code | | | |
| | **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:**   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                    Case number *(if known)* _____

Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____      _____      _____  _____

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

_____      _____      _____  _____

**Address**

_____

Street

_____

City                          State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

_____      _____      _____  _____

**Trustee**

_____

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                    Case number *(if known)*
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |
| Street |
| |
| City                    State    ZIP Code |

| Relationship to debtor |
|---|
| |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| Street | | |
| | | |
| City          State    ZIP Code | | |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **7**

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**    Case number *(if known)*
_____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____    _____    _____

Facility name

_____

Street    **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.    **How are records kept?**

_____    _____    *Check all that apply:*

City          State    ZIP Code                                    ☐ Electronically

                         _____    ☐ Paper

**Part 9:    Personally Identifiable Information**

**16.    Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17.    Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____    EIN:  __ __ – __ __ __ __ __ __ __

        Has the plan been terminated?

        ☐ No

        ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18.    Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ | XXXX–__ __ __ __ | ☐ Checking | _____ | _____ |
| Name | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| Street | | ☐ Brokerage | | |
| _____ | | ☐ Other | | |
| City          State    ZIP Code | | _____ | | |

Debtor  **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**　　　　　　　　　Case number *(if known)* _____
　　　　　　Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | _____ City　State　ZIP Code | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | **Address** | _____ | |
| | _____ City　State　ZIP Code | _____ | | |

---

**Part 11:**　Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Velocity Esports, Inc.** Name | **6587 Las Vegas Blvd S Unit 171** | ~~See Exhibit Attached~~ | **$115,512.58** |
| **6587 Las Vegas Blvd S Unit 171** Street | **Las Vegas, NV 89119-3234** | | |
| **Las Vegas**　　　**NV** **89119-3234** City　　　State　ZIP Code | | | |

---

**Part 12:**　Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name

Case number *(if known)*

- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City                State   ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name

Case number *(if known)*

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

EIN: _ _ – _ _ _ _ _ _ _

| | | Dates business existed |
|---|---|---|

Street

From _____ To _____

City            State    ZIP Code

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **Microsoft Dynamics GP fka Great Plains**
Name
**200 E Hardin St**
Street

**Findlay, OH 45840-4969**
City                         State            ZIP Code

From _____ To _____

| Name and address | Dates of service |
|---|---|

26a.2. **Intuit Quickbooks**
Name
**2700 Coast Ave**
Street

**Mountain View, CA 94043-1140**
City                         State            ZIP Code

From _____ To _____

| Name and address | Dates of service |
|---|---|

26a.3. **Brio Financial Group**
Name
**19 Sutter St**
Street

**San Francisco, CA 94104-4901**
City                         State            ZIP Code

From _____ To _____

---

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. **Patrick Deane**
Name
**3838 N Kenneth Ave**
Street

**Chicago, IL 60641-2814**
City                         State            ZIP Code

From _____ To _____

---

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**
Name                                                                 Case number *(if known)*

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| 26c.1. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **Leonard Wanger** <br> Name <br> **3838 N Kenneth Ave** <br> Street <br> <br> **Chicago, IL 60641-2814** <br> City     State     ZIP Code | |

| 26c.2. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **Philip N Kaplan** <br> Name <br> **2443 Fillmore St #289** <br> Street <br> <br> **San Francisco, CA 94115-1814** <br> City     State     ZIP Code | |

| 26c.3. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **Joshua Rosenbaum** <br> Name <br> **419 Bostwick Ln** <br> Street <br> <br> **Gaithersburg, MD 20878-1933** <br> City     State     ZIP Code | |

| 26c.4. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **Patrick Deane** <br> Name <br> **3838 N Kenneth Ave** <br> Street <br> <br> **Chicago, IL 60641-2814** <br> City     State     ZIP Code | |

| 26c.5. | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| | **Jeremy Neace** <br> Name <br> **6587 Las Vegas Blvd S Unit 171** <br> Street <br> <br> **Las Vegas, NV 89119-3234** <br> City     State     ZIP Code | |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                                    Case number *(if known)*
Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.6. | **Elizabeth Powers** | |
| | Name | |
| | **6587 Las Vegas Blvd S Unit 171** | |
| | Street | |
| | | |
| | **Las Vegas, NV 89119-3234** | |
| | City                State                ZIP Code | |
| | Name and address | If any books of account and records are unavailable, explain why |
| 26c.7. | **Nevada Bankruptcy Attorneys LLC** | |
| | Name | |
| | **5502 S Fort Apache Rd Ste 200** | |
| | Street | |
| | | |
| | **Las Vegas, NV 89148-7683** | |
| | City                State                ZIP Code | |
| | Name and address | If any books of account and records are unavailable, explain why |
| 26c.8. | **USVEN LLC dba Real Estate Consulting Services** | |
| | Name | |
| | **10161 Park Run Dr Ste 150** | |
| | Street | |
| | | |
| | **Las Vegas, NV 89145-8872** | |
| | City                State                ZIP Code | |
| | Name and address | If any books of account and records are unavailable, explain why |
| 26c.9. | **Brio Financial Group** | |
| | Name | |
| | **19 Sutter St** | |
| | Street | |
| | | |
| | **San Francisco, CA 94104-4901** | |
| | City                State                ZIP Code | |
| | Name and address | If any books of account and records are unavailable, explain why |
| 26c.10. | **NFS Leasing, Inc.** | |
| | Name | |
| | **900 Cummings Ctr Ste 226u** | |
| | Street | |
| | | |
| | **Beverly, MA 01915-6183** | |
| | City                State                ZIP Code | |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name

Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.11. | |
| **North Star Leasing** | |
| Name | |
| **Po Box 4505** | |
| Street | |
| | |
| **Burlington, VT 05406-4505** | |
| City                    State                    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.12. | |
| **Betson Enterprises** | |
| Name | |
| **303 Paterson Plank Rd** | |
| Street | |
| **Attn Betson Imperial Parts & Service** | |
| **Carlstadt, NJ 07072-2307** | |
| City                    State                    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.13. | |
| **NOTL Property Owner LLC** | |
| Name | |
| **212 East Third Street Suite 300** | |
| Street | |
| **Attn Tim Perry c/o North American Properties** | |
| **Cincinnati, OH 45202** | |
| City                    State                    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.14. | |
| **SRMF Town Square Owner LLC** | |
| Name | |
| **200 S Michigan Ave Ste 400** | |
| Street | |
| **c/o Fairbourne Properties, LLC Attn George Manojlovic** | |
| **Chicago, IL 60604-2411** | |
| City                    State                    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.15. | |
| **NewtekOne** | |
| Name | |
| **4800 T Rex Ave** | |
| Street | |
| | |
| **Boca Raton, FL 33431-4479** | |
| City                    State                    ZIP Code | |

Debtor   **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**
Name                                                                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.16. | |
| **Woodfield Mall LLC**<br>Name | |
| **225 W Washington St**<br>Street | |
| **c/o M.S. Management Associates inc.** | |
| **Indianapolis, IN 46204-3435**<br>City                State                ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.17. | |
| **Corinne Clayton**<br>Name | |
| **6587 Las Vegas Blvd S Unit 171**<br>Street | |
| | |
| **Las Vegas, NV 89119-3234**<br>City                State                ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **NewtekOne**<br>Name |
| **4800 T Rex Ave**<br>Street |
| |
| **Boca Raton, FL 33431-4479**<br>City                State                ZIP Code |

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Corinne Clayton** | **02/28/2025** | **$69,184.74** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.   **Patrick Deane**<br>Name |
| **3838 N Kenneth Ave**<br>Street |
| |
| **Chicago, IL 60641-2814**<br>City                State                ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Corinne Clayton** | **03/31/2025** | **$69,185.74** |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                     Case number *(if known)* _____
          Name

| **Name and address of the person who has possession of inventory records** |
|---|

27.2.  **Patrick Deane**
       Name

       **3838 N Kenneth Ave**
       Street

       _____

       **Chicago, IL 60641-2814**
       City                        State          ZIP Code

**28.**  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Velocity Esports, Inc.** | **6587 Las Vegas Blvd S Unit 171 Las Vegas, NV 89119-3234** | **Managing Member, Ownership** | **100.00%** |

**29.**  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Philip N Kaplan** | **2443 Fillmore St #289 San Francisco, CA 94115-1814** | **Managing Member, Ownership** | From _____ <br> To _____ |

**30.**  Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City          State     ZIP Code | _____ | _____ | _____ |

| Relationship to debtor |
|---|

_____

**31.**  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Velocity Esports, Inc.** | EIN:  **8 7 – 3 8 0 7 3 8 3** |

**32.**  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**                    Case number *(if known)* _____
      Name

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**    Signature and Declaration

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **05/08/2025**
            MM/  DD/  YYYY


**X** **/s/ Philip Kaplan** _____        Printed name    **Philip Kaplan** _____
    Signature of individual signing on behalf of the debtor


    Position or relationship to debtor **Director of Velocity Esports, Inc.**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><b>District of Nevada</b></td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  NewTek SBA Loan<br>4800 T Rex Ave<br>Boca Raton, FL 33431-4479 | | SBA Loan | | | | $2,476,815.00 |
| 2  SRMF Town Square, LLC<br>c/o Fairbourne Properties, LLC<br>200 S Michigan Ave Ste 400<br>Chicago, IL 60604-2411 | | Commercial Rental Lease | | | | $437,299.22 |
| 3  Sysco Food Services - Las Vegas<br>6201 E Centennial Pkwy<br>Las Vegas, NV 89115-1775 | | Food Product Supplier | | | | $10,818.11 |
| 4  Fortune 5 Capital, LLC<br>3045 S Archibald Ave # H-507<br>Ontario, CA 91761-9001 | | Equipment Leasing | | | | $2,656.62 |
| 5  BreakThru Beverage Group<br>Attn Breakthru Beverage Nevada<br>3333 S Laramie Ave<br>Cicero, IL 60804-4520 | | Liquor Distributor | | | | $1,917.27 |
| 6  Southwest Gas Corporation<br>Attn: Bankruptcy Desk<br>Po Box 1498<br>Victorville, CA 92393-1498 | | Utility Provider | | | | $996.81 |
| 7  Las Vegas Safety<br>6405 Pine St #170<br>Las Vegas, NV 89120-0012 | | Restaurant Safety Products and Supplies Distributor | | | | $912.52 |
| 8  Johnson Brothers of NV<br>4701 Mitchell St<br>N Las Vegas, NV 89081-2728 | | Liquor Distributor | | | | $811.10 |

Debtor    **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE: **VELOCITY ESPORTS LAS VEGAS**                        CASE NO
      **TOWN SQUARE, LLC**

                                                      CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **05/08/2025**      Signature                       **/s/ Philip Kaplan**

                                     Philip Kaplan, Director of Velocity Esports, Inc.

4940 West Ponderosa, LLC
2443 Fillmore St Pmb 289
San Francisco, CA 94115-1814


4958 West Ponderosa I, LLC
3838 N Kenneth Ave
Chicago, IL 60641-2814


4958 West Ponderosa II, LLC
3838 N Kenneth Ave
Chicago, IL 60641-2814


745 Quaking Aspen, LLC
2443 Fillmore St Pmb 289
San Francisco, CA 94115-1814


BreakThru Beverage Group
Attn Breakthru Beverage Nevada
3333 S Laramie Ave
Cicero, IL 60804-4520


Fortune 5 Capital, LLC
3045 S Archibald Ave # H-507
Ontario, CA 91761-9001


Johnson Brothers of NV
4701 Mitchell St
N Las Vegas, NV 89081-2728


Las Vegas Copiers, Inc.
3170 Polaris Ave Ste 20
Las Vegas, NV 89102-8321

Las Vegas Safety
6405 Pine St #170
Las Vegas, NV 89120-0012


Leonard Wanger
3838 N Kenneth Ave
Chicago, IL 60641-2814


Lumen
100 Centurylink Dr
Monroe, LA 71203-2041


NewTek SBA Loan
4800 T Rex Ave
Boca Raton, FL 33431-4479


Philip N Kaplan
2443 Fillmore St #289
San Francisco, CA 94115-1814


Philip N. Kaplan Sep. Prop.
Trust dtd 6/27/2011
3838 N Kenneth Ave
Chicago, IL 60641-2814


Rockbot, Inc.
1625 Clay St
Oakland, CA 94612-1562


Southwest Gas Corporation
Attn: Bankruptcy Desk
Po Box 1498
Victorville, CA 92393-1498

SRMF Town Square Owner
c/o Fairbourne Properties, LLC
Attn Property Manager
6605 Las Vegas Blvd S Unit 201
Las Vegas, NV 89119-3241


SRMF Town Square Owner
LLC
c/o Fairbourne Properties, LLC
Attn George Manojlovic
200 S Michigan Ave Ste 400
Chicago, IL 60604-2411


SRMF Town Square, LLC
c/o Fairbourne Properties, LLC
200 S Michigan Ave Ste 400
Chicago, IL 60604-2411


Sysco Food Services - Las
Vegas
6201 E Centennial Pkwy
Las Vegas, NV 89115-1775


The LRW Revocable Trust,
dated 3/9/2012
3838 N Kenneth Ave
Chicago, IL 60641-2814


Velocity Esports Chicago
Schaumburg, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234


VELOCITY ESPORTS
NEWPORT KENTUCKY II, LLC
1 Levee Way Ste 2130
Newport, KY 41071-1658


VELOCITY ESPORTS
NEWPORT KENTUCKY, LLC
1 Levee Way Ste 2130
Newport, KY 41071-1658

VELOCITY ESPORTS ORLANDO
DOWNTOWN, LLC
6587 Las Vegas Blvd S Unit 171
Las Vegas, NV 89119-3234


Velocity Esports, Inc.
3838 N Kenneth Ave
Chicago, IL 60641-2814

Fill in this information to identify the case:

Debtor name **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/08/2025**
            MM/ DD/ YYYY

**X** /s/ Philip Kaplan
_____
Signature of individual signing on behalf of debtor

**Philip Kaplan**
_____
Printed name

**Director of Velocity Esports, Inc.**
_____
Position or relationship to debtor

# United States Bankruptcy Court
## District of Nevada

In re  **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

Case No. _____

Debtor(s)

Chapter _____**11**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Velocity Esports Inc**

☐ None [*Check if applicable*]

_____**05/08/2025**_____

Date

_____**/s/ Brenden Gougeon**_____

**Brenden Gougeon**
Signature of Attorney or Litigant
Counsel for  **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**
**Bar Number: 16874**
**Nevada Bankruptcy Attorneys, LLC**
**5502 S Fort Apache Rd Ste 200**
**Las Vegas, NV 89148-7683**
**Phone: (702) 805-1659**
**Email: bgougeon@nvbankruptcyattorneys.com**

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

IN RE: **VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
### PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐  *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* -- I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐  *[Only include if petitioner is a corporation, partnership or limited liability company]* -- I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
**05/08/2025**

_____ /s/ Philip Kaplan
Philip Kaplan
Director of Velocity Esports, Inc.
EIN No.  9 7 4 7

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
**05/08/2025**

_____ /s/ Brenden Gougeon
Brenden Gougeon
Attorney